1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel: (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Federal Defendants

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  SYLVINE JEROME,                    )
                                        )   Case No. C 08-1233 (JL)
13              Plaintiff,              )
                                        )
14  v.                                  )   DECLINATION TO PROCEED
                                        )   BEFORE MAGISTRATE JUDGE
                                        )   AND REQUEST FOR REASSIGNMENT
15  UNITED STATES DEPARTMENT            )   TO UNITED STATES DISTRICT
    OF THE INTERIOR, UNITED STATES      )   JUDGE
16  NATIONAL PARK SERVICE, and          )
    GOLDEN GATE NATIONAL                )
17  RECREATION AREA,                    )
                                        )
18                                      )
                Defendants.              )
19  _____)

20          REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

21          The undersigned party in the above-captioned civil matter hereby declines to consent to

22  the assignment of this case to a United States Magistrate Judge for trial and disposition and

23  hereby requests the reassignment of this case to a United States District Judge.

24  #

25  #

26  #

27
    DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
28  C 08 1233 (JL)

1  Dated: May 2, 2008

2                                         Respectfully submitted,

3                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

4

5                               By:        /s/
                                         ELLEN M. FITZGERALD

6                                          Assistant United States Attorney
                                         Attorney for Federal Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
    C 08 1233 (JL)                                 2