**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                         415.522.2000

**May 6, 2008**

**CASE NUMBER: CV 08-01233 JL**
**CASE TITLE: SYLVINE JEROME-v-UNITED STATES DEPT OF INTERIOR**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable VAUGHN R. WALKER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/6/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                     Entered in Computer 5/6/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                             Transferor CSA