1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel:  (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendants

8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  SYLVINE JEROME,                )
                                   )        Case No. C 08-01233 VRW
                                   )
13              Plaintiff,         )
                                   )
14  v.                             )        ANSWER
                                   )
15  UNITED STATES DEPARTMENT OF    )
    THE INTERIOR, UNITED STATES    )
16  NATIONAL PARK SERVICE, and     )
    GOLDEN GATE NATIONAL           )
17  RECREATIONAL AREA,             )
                                   )
18                                 )
                Defendants.        )
19  _____)

20        Defendants, the United States Department of the Interior, the United States National Park

21  Service, and the Golden Gate National Recreational Area, by and through its undersigned

22  attorneys, hereby answer plaintiff's complaint ("Complaint") upon information and belief as

23  follows:

24                           JURISDICTION

25        1.  Neither admit nor deny the allegation in paragraph 1 of the Complaint because it

26  constitutes the legal basis for the Complaint and/or a legal conclusion as to which no answer is

27

28  ANSWER
    No. C 08-1233 VRW

1    required.

2        2.  Admit the allegations in paragraph 2 of the Complaint.

3                                    VENUE

4        3.  Neither admit nor deny the allegations in paragraph 3 of the Complaint because they

5    constitute the legal basis for the Complaint and/or legal conclusions as to which no answer is

6    required.

7                                    PARTIES

8        4.  Deny knowledge or information sufficient to form a belief as to the truth of the

9    allegation in paragraph 4 of the Complaint.

10        5.  Admit the allegations in paragraph 5 of the Complaint.

11        6.  Admit the allegations in paragraph 6 of the Complaint.

12        7.  Neither admit nor deny the allegations in paragraph 7 of the Complaint because they

13    constitute the legal basis for the Complaint and/or legal conclusions as to which no answer is

14    required.

15                            FIRST CAUSE OF ACTION

16                                 [Negligence]

17        8.  Admit the allegation in paragraph 8 of the Complaint.

18        9.  Deny the allegation in paragraph 9 of the Complaint except admit that Ms. Jerome

19    was traveling on a bicycle on Lincoln Boulevard.

20        10.  Deny the allegation in paragraph 10 of the Complaint.

21        11.  Deny the allegations in paragraph 11 of the Complaint.

22        12.  Deny the allegations in paragraph 12 of the Complaint.

23        13.  Deny the allegations in paragraph 13 of the Complaint.

24        14.  Deny the allegation in paragraph 14 of the Complaint.

25        The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

26    the extent that an answer is required, all allegations contained in the prayer for relief are denied.

27

28    ANSWER
      No. C 08-1233 VRW                    2

1    Any allegation set forth in the Complaint not heretofore answered is specifically denied.

2                        FIRST AFFIRMATIVE DEFENSE

3    The complaint fails to state a claim upon which relief can be granted.

4                        SECOND AFFIRMATIVE DEFENSE

5    This court lacks subject matter jurisdiction over plaintiff's complaint, in whole or in part.

6                        THIRD AFFIRMATIVE DEFENSE

7    The United States, through its employees and agents, acted with due care and diligence at

8    all relevant times.

9                        FOURTH AFFIRMATIVE DEFENSE

10    No negligent or wrongful acts or omissions by the United States were the proximate

11    cause of any injury to the plaintiff.

12                        FIFTH AFFIRMATIVE DEFENSE

13    Plaintiff's recovery, if any, is limited to the amount sought administratively. 28 U.S.C. §

14    2675(b).

15                        SIXTH AFFIRMATIVE DEFENSE

16    Any injury or loss to plaintiff was proximately caused by plaintiff's own negligence.

17                        SEVENTH AFFIRMATIVE DEFENSE

18    To the extent that the common or statutory law of the State of California, where the

19    alleged acts or omissions occurred, limits or reduces damages or limits a private defendant's

20    liability or plaintiff's cause of action, that law applies in this action against the United States to

21    the extent that it is not inconsistent with the Federal Tort Claims Act.

22                        EIGHTH AFFIRMATIVE DEFENSE

23    In the event plaintiff is entitled to recover damages from the United States in this action,

24    any award or recovery against the United States must be reduced by the percentage of fault

25    attributable to plaintiff.

26

27

28

1

## NINTH AFFIRMATIVE DEFENSE

2      Plaintiff cannot recover punitive damages or any other non-compensatory damages

3  against the United States.  28 U.S.C. § 2674.

4

## TENTH AFFIRMATIVE DEFENSE

5      Plaintiff is not entitled to the recovery of pre-judgment interest on any award they may

6  obtain from the United States.  28 U.S.C. § 2674.

7

## ELEVENTH AFFIRMATIVE DEFENSE

8      In the event that this Court finds the United States is liable to plaintiff and enters a

9  monetary judgment against the United States, plaintiff is entitled to post-judgment interest only

10  to the extent provided by law.

11

## TWELFTH AFFIRMATIVE DEFENSE

12      Costs may be taxed against the United States only as allowed by 28 U.S.C. § 1920.

13

## THIRTEENTH AFFIRMATIVE DEFENSE

14      Plaintiff's damages are limited to the damages recoverable under the Federal Tort Claims

15  Act, 28 U.S.C. §§ 1346(b); 2671 et seq.  Attorneys' fees are taken out of any judgment and are

16  governed by the statute.  28 U.S.C. § 2678.

17

## FOURTEENTH AFFIRMATIVE DEFENSE

18      To the extent plaintiff failed to mitigate her damages, her recovery, if any, must be

19  reduced accordingly.

20

## FIFTEENTH AFFIRMATIVE DEFENSE

21      Any recovery or award against the United States for non-economic damages must be

22  limited to the percentage of fault, if any, of the United States.

23  //

24  //

25  //

26  //

27

28

ANSWER
No. C 08-1233 VRW                    4

WHEREFORE, having fully answered the Complaint against it, defendants respectfully pray that this Court enter judgment in its favor and against plaintiff and grant such other and further relief as this court deems just and equitable.

Dated: June 9, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By:        /s/
ELLEN M. FITZGERALD
Assistant United States Attorney