| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 118321) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | VICTORIA R. CARRADERO (CSBN 217885) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Fax: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVINE JEROME, | Case No. C 08-01233 VRW |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES NATIONAL PARK SERVICE, and GOLDEN GATE NATIONAL RECREATIONAL AREA, | |
| Defendants. | |

NOTICE OF SUBSTITUTION - Case No. C 08-01233 VRW

1  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:
3  PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance
4  of Victoria R. Carradero, Assistant United States Attorney, and to withdraw the appearance of
5  Ellen M. Fitzgerald, the Assistant United States Attorney who was formerly assigned to
6  represent the Defendants in this case.  The Clerk is requested to change the docket sheet and
7  other Court records so as to reflect that all Orders and communications from the Court will in the
8  future be directed to AUSA Victoria R. Carradero at the above mailing address, telephone
9  number, and facsimile number.  Ms. Carradero's e-mail address is victoria.carradero@usdoj.gov.
10  Please also take notice that, from the date of this request, service on Defendants should
11  be made on Ms. Carradero only.  Please amend your service lists accordingly.  Although Joann
12  Swanson, Chief of the Civil Division, and Joseph P. Russoniello, United States Attorney, will
13  appear on the pleadings with Ms. Carradero, no service need be made on them.

DATED: July 10, 2008                          Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              _____/s/_____
                                              VICTORIA R. CARRADERO
                                              Assistant United States Attorney

NOTICE OF SUBSTITUTION - Case No. C 08-01233 VRW
1