Michael A. Kelly (SBN 71460)
Emily C. Wecht (SBN 240106)
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
E-mail: ewecht@walkuplawoffice.com

Attorneys for Plaintiff Sylvine Jerome

JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (SBN 217885)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVINE JEROME, ) | Case No. C 08-01233 VRW |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT RULE 26(F) REPORT** |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR, UNITED STATES NATIONAL ) | |
| PARK SERVICE, and GOLDEN GATE ) | |
| NATIONAL RECREATIONAL AREA, ) | |
| ) | |
| Defendants. | |

Plaintiff SYLVINE JEROME, and Defendants, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES NATIONAL PARK SERVICE, and GOLDEN GATE NATIONAL RECREATIONAL AREA, by and through their undersigned counsel, hereby submit the following Rule 26(f) Report:

**1.      AUTOMATIC DISCLOSURES**: The parties have served their Statement of Initial Disclosures.

**2.      DISCOVERY SCOPE AND SCHEDULE**: No discovery has taken place. Both parties intend to serve written discovery and conduct depositions. Both parties have begun the meet and confer process for scheduling depositions.

<u>Proposed Scheduling Order</u>: The parties propose the following discovery and trial dates.

| | |
|---|---|
| Fact Discovery Cut Off: | December 15, 2008 |
| Expert Disclosure: | January 26, 2008 |
| Expert Disclosure of those experts identified in Fed. Rule Civ. P. 26(a)(2)(C)(iii): | February 26, 2008 |
| Expert Discovery Cut off: | March 16, 2009 |
| Last Day to Hear Dispositive Motions: | March 30, 2009 |
| Items a-h in Judge's Pre-trial standing order: | April 6, 2009 |
| Pre-trial conference: | April 15, 2009 |
| Trial: | April 29, 2009 |

**3.** **ELECTRONIC INFORMATION**: None at this time.

**4.** **PRIVILEGE ISSUES**: None at this time.

**5.** **DISCOVERY LIMITS**: None at this time.

**6.** **OTHER ORDERS**: None at this time.

Dated: August 14, 2008                    WALKUP, MELODIA, KELLY & SCHOENBERGER

                                          By      /s/
                                             Emily C. Wecht
                                             Attorneys for Plaintiffs

Dated: August 14, 2008                    JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          By      /s/
                                             Victoria R. Carradero
                                             Assistant U.S. Attorney
                                             Attorneys for Defendant

Case No.  C 08-01233 VRW
JOINT 26(F) REPORT                                                                    -3-