1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   victoria.carradero@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7181
      FAX: (415) 436-6748
7
   Attorneys for Defendants
8
                LAW OFFICES OF
9  **WALKUP, MELODIA, KELLY & SCHOENBERGER**
              A PROFESSIONAL CORPORATION
10
      650 CALIFORNIA STREET, 26TH FLOOR
      SAN FRANCISCO, CALIFORNIA 94108-2615
11            (415) 981-7210

12 MICHAEL A. KELLY (State Bar #71460)
   EMILY C. WECHT (State Bar #240106)
13 **ATTORNEYS FOR PLAINTIFF**

14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17

18 SYLVINE JEROME,                         | Case No. CV 08-01233 VRW

19                    Plaintiff,            | **[PROPOSED] JOINT CASE MANAGEMENT STATEMENT**
20          v.
                                            | Date:    August 21, 2008
21 UNITED STATES DEPARTMENT OF THE          | Time:    3:30 p.m.
   INTERIOR, UNITED STATES NATIONAL         | Dept:    6, 17th Floor
22 PARK SERVICE, and GOLDEN GATE
   NATIONAL RECREATION AREA.
23
                      Defendants.
24

25

26

27

28

The parties, by and through their undersigned attorneys, hereby submit the following Joint Case Management Conference Statement pursuant to Rule 16-9 of the Civil Local Rules for the Northern District of California.

1. <u>Jurisdiction and Service</u>: This case involves a claim for negligence pursuant to the Federal Tort Claims Act, over which this Court has jurisdiction pursuant to 28 U.S.C. 1331. Personal jurisdiction, venue and service are not at issue in this case.

2. <u>Facts</u>: Plaintiff alleges she was struck by Presidio Fire Department firefighter Kevin Day while he was driving a Chevrolet Silverado and she was riding a bicycle on Lincoln Boulevard in the Presidio. Defendants deny plaintiff's claim.

3. <u>Legal Issues</u>: Whether defendants are legally liable for plaintiff's claimed injuries.

4. <u>Motions</u>: There are no pending motions. Defendants anticipate filing discovery and dispositive motions as needed. Plaintiffs anticipate filing motions in limine.

5. <u>Amendment of Pleadings</u>: None at this time.

6. <u>Evidence Preservation</u>: Plaintiff has sold the bicycle that she was riding at the time of the incident in question. Plaintiff has taken affirmative steps to preserve or photograph the evidence related to this case. Defendant has taken affirmative steps to preserve any documents and/or evidence related to this case.

7. <u>Disclosures</u>: The parties will serve initial disclosures pursuant to Fed. R. Civ. P. 26 by August 13, 2008.

8. <u>Discovery</u>: No discovery has taken place. Both parties intend to serve written discovery and conduct depositions. Both parties have begun the meet and confer process concerning dates for depositions.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: none.

11. <u>Relief</u>: Plaintiff seeks economic and noneconomic damages for personal injuries and property damage. Plaintiff sustained a sprain/strain of her left wrist, lacerations and scarring to her nose and face that required surgical repair, and dental injuries. Plaintiff seeks the following damages:

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
[PROPOSED] JOINT CASE MANAGEMENT STATEMENT - CASE NO. CV 08-01233 VRW

- Medical and Dental bills in plaintiff's possession total $13,530.00;
- Property damage (to bicycle and apparel) totals $3,958.36;
- Lost wages total approximately $5,000;
- Plaintiff seeks noneconomic damages for the pain and suffering in an amount to be determined by the court.

Defendant denies that plaintiff is entitled to any relief.

12. <u>Settlement and ADR</u>: The parties agree to participate in private mediation after some discovery. The parties agree to share the costs of mediation equally. The parties have agreed to mediate the case with Jerry Spolter, Esq.

13. <u>Consent to Magistrate Judge for All Purposes</u>: Defendant declined consent to a magistrate judge for all purposes.

14. <u>Other References</u>: The parties agree this case is not appropriate for binding arbitration, a special master, or reference to the MDL panel.

15. <u>Narrowing of Issues</u>: None anticipated at this time.

16. <u>Expedited Schedule</u>: An expedited schedule is not appropriate at this time.

17. <u>Scheduling</u>: The parties propose the following discovery and trial dates:

Fact Discovery Cutoff: December 15, 2008

Expert Disclosure: January 26, 2008

Expert Disclosure of those experts identified in Fed. Rule Civ. P. 26(a)(2)(C)(iii): February 26, 2008

Expert Discovery Cut off: March 16, 2009

Last Day to Hear Dispositive Motions: March 30, 2009

Items a-h in Judge's Pre-trial standing order: April 6, 2009

Pre-trial conference: April 15, 2009

Trial:   April 29, 2009

18. <u>Trial</u>: The parties estimate that a bench trial of this case will take 2-3 days.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: None.

20. <u>Other Matters</u>: None.

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
[PROPOSED] JOINT CASE MANAGEMENT STATEMENT - CASE NO. CV 08-01233 VRW

Dated: August 14, 2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

                    /s/
VICTORIA CARRADERO
Assistant United States Attorney
Attorneys for Defendants

Dated: August 14, 2008

WALKUP, MELODIA, KELLY & SCHOENBERGER

                    /s/
EMILY C. WECHT
Attorneys for Plaintiffs

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210