**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  August 21,  2008

**C 08-1233 VRW**          Sylvine Jerome   v  U.S. Department of Interior et al

Attorneys : For Plaintiff(s):   Emily Wecht

       For Defendant(s):    Victoria Carradero

Deputy Clerk: Cora Klein                         Reporter: not reported

PROCEEDINGS:                                    RULING:
1. _____       _____
2. _____       _____
3. _____       _____

Case Management Conference - Held

ADR to be used: Parties agreed to private mediation.

Fact Discovery Cutoff:  12/31/08        Designation of Experts/Reports:  1/29/09
Rebuttal Expert/Report:  2/27/09        Experts Discovery Cutoff:  3/30/09

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:  3/26/2009 at 2:30 p.m.

PRETRIAL CONFERENCE:  4/23/2009  at 3:30 pm

TRIAL DATE:  5/11/2009  at :8: 30 a.m.     (Court  2 - 3  days)


Order to be prepared by:    Plntf_____   Deft_____   Court_x_